UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KATHLEEN MILLER,

Plaintiff

v.

VERIZON COMMUNICATIONS, INC.,

Defendant

Civil Action No.:

05-30117-KPN

FILING FEE PAID:
RECEIPT # 305942
AMOUNT $ 250.00
BY DPTY CLK M.G.
DATE 5/23/05

## COMPLAINT AND JURY DEMAND

### Parties

1. The Plaintiff, Kathleen Miller, is a natural person currently residing at 17 Lorita Lane, Northfield, Franklin County, Massachusetts.

2. The Defendant, Verizon Communications, Inc., is a corporation with a place of business at 295 Worthington Street, Springfield, Hampden County, Massachusetts.

### Jurisdiction

3. This Court has jurisdiction over the Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1332 and otherwise. The amount in controversy is in excess of $75,000.00. There are federal law claims set forth herein.

### Facts

4. The Plaintiff, Kathleen Miller, began her employment with the Defendant on or about June of 1998 as a full-time employee under the job title of customer service representative.

5.    Over the course of her employment, the Plaintiff has always performed her job responsibilities well and received increases in wages.

6.    The Plaintiff was diagnosed with diabetes in or about February of 2000 and she informed the Defendant of her diagnosis.

7.    In or about February of 2000, the Plaintiff requested a FMLA leave to receive medical treatment for her diabetes.

8.    Upon the Plaintiff's return from FMLA leave, the Plaintiff requested a modified work schedule as a reasonable accommodation with regard to her symptoms, treatment for referenced medical condition and some time off from work for further medical treatment.

9.    The Plaintiff was wrongly and illegally denied her requests for reasonable accommodation as a qualified handicapped person, in violation of state and federal law.

10.    The Plaintiff believes that she could have performed the essential functions of her job with some reasonable accommodation for her handicap.

11.    The Plaintiff also attempted to use her personal and vacation days and her request was denied.

12.    The Defendant's handbooks appear to provide for time off for personal and/or medical reasons.

13.    The management of the Defendant made statements that led the Plaintiff to believe that her requests for leave for her handicap and disability upset them.

14.    The Plaintiff believes that she was retaliated against based on her handicap and disability and for taking leave for her handicap and disability.

15.    Instead of receiving reasonable accommodations, the Plaintiff's employment was terminated.

16. The Plaintiff believes that the Defendant's conduct is in violation of Massachusetts General Laws Chapter 151B, the Americans with Disabilities Act and the Rehabilitation Act of 1973. The Plaintiff has satisfied the prerequisites to filing suit.

## Count I
### (MG.L. c. 151B – Handicap Discrimination)

17. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

18. The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected, based upon the Plaintiff's handicap and disability.

19. The Plaintiff was a qualified handicapped person under the law and was denied reasonable accommodation in violation of M.G.L.c. 151B.

20. The Plaintiff was retaliated against based on her disability and handicap.

WHEREFORE, the Plaintiff, Kathleen Miller, respectfully requests a judgment against the Defendant and for all damages available pursuant to M.G.L. c. 151B.

## Count II
### (M.G.L. c. 151B –Handicap Retaliation)

21. The plaintiff incorporates herein the previous allegations set forth in this Complaint.

22. The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected, based upon the Plaintiff's handicap and disability.

23. The Plaintiff suffered a pervasive and hostile work environment based upon her handicap and disability.

24. The Plaintiff was retaliated against based on her leave and requests for accommodation related to her disability and handicap.

3

WHEREFORE, the Plaintiff, Kathleen Miller, respectfully requests a judgment against the Defendant and for all damages available pursuant to M.G.L. c. 151B.

**Count III**
**(Americans With Disabilities Act– 42 U.S.C. § 12101, et. seq.–Discrimination)**

25.    The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

26.    The Plaintiff was treated adversely and terminated because of her disability and handicap and for requesting a reasonable accommodation.

27.    The Defendant failed to follow the requirements of the Americans With Disabilities Act.

28.    The Plaintiff requested to take leave for her medical condition and/or handicap and the Defendant took adverse action against the Plaintiff for taking such leave.

29.    The Plaintiff requested a reasonable accommodation for her handicap and medical condition and was denied that reasonable accommodation.

30.    The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected based upon the Plaintiff's handicap and medical condition.

31.    The Plaintiff is a qualified handicapped person.

32.    The Plaintiff was severely and adversely affected by the Defendant's conduct and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Kathleen Miller, respectfully requests a judgment against the Defendant and for all damages available pursuant to the Americans With Disabilities Act and otherwise.

4

## Count IV
### (Americans With Disabilities Act– 42 U.S.C. § 12101, et. seq.– Retaliation)

33.    The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

34.    The Plaintiff was treated adversely because of her disability and handicap.

35.    The Defendant failed to follow the requirements of the Americans With Disabilities Act.

36.    The Plaintiff requested to take leave for her medical condition and/or handicap and the Defendant took adverse action against the Plaintiff for taking such leave.

37.    The Plaintiff requested a reasonable accommodation for her handicap and medical condition and was denied that reasonable accommodation.

38.    The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected based upon the Plaintiff's handicap and/or medical condition.

39.    The Plaintiff is a qualified handicapped person.

40.    The Plaintiff was severely and adversely affected by the Defendant's conduct and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Kathleen Miller, respectfully requests a judgment against the Defendant and for all damages available pursuant to the Americans With Disabilities Act and otherwise.

<u>Count V</u>
**(Rehabilitation Act of 1973– 29 U.S.C. § 701 et.seq.—Handicap Discrimination and Retaliation)**

41.    The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

42.    The Plaintiff was treated adversely because of her disability and handicap.

43.    The Plaintiff requested to take leave for her medical condition and/or handicap and the Defendant took adverse action against the Plaintiff for taking such leave.

44.    The Plaintiff requested a reasonable accommodation for her handicap and medical condition and was denied that reasonable accommodation.

45.    The Plaintiff's employment with the Defendant was terminated, and her employment with the Defendant was otherwise adversely affected based upon the Plaintiff's handicap and/or medical condition.

46.    The Plaintiff is a qualified handicapped person.

47.    The Plaintiff was severely and adversely affected by the Defendant's conduct and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Kathleen Miller, respectfully requests a judgment against the Defendant and for all damages available pursuant to the Rehabilitation Act of 1973 and otherwise.


**KATHLEEN MILLER CLAIMS A JURY TRIAL WITH RESPECT TO ALL CLAIMS SO TRIABLE, PURSUANT TO FED. R. CIV. P. RULE 38 AND OTHERWISE.**

Respectfully submitted,

The Plaintiff
KATHLEEN MILLER
By Her Attorney

Date: May 19, 2005

MICHAEL O. SHEA, ESQUIRE
BBO # 555474
Law Office Of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone:(413) 596-8005
Facsimile: (413) 596-8095

JS 44  (Rev. 3/99)

FILED

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Kathleen Miller

**(b)** County of Residence of First Listed Plaintiff ___Franklin___
(EXCEPT IN U.S. PLAINTIFF CASES)

05 - 30117 - KPN

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael O. Shea, Esq.  (413)596-8005
Law Office Of Michael O. Shea
451 Main Street, Wilbraham MA 01095

## DEFENDANTS

Verizon Communications

U.S. DISTRICT COURT

County of Residence of First Listed ___Hampden___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                              and One Box for Defendant

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rate/etc |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIW C/DIW W (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 220 Foreclosure | ☒ 442 Employment | Sentence | & Disclosure Act | | Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff | Determination Under Equal Access to |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of |
| | | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | | ☐ 555 Prison Condition | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION  (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

ADA (42 U.S.C. § 12101)  Rehabilitation Act of 1973 (29 U.S.C. § 701-97)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY  N/A
(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE 5/19/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.    Title of case (name of first party on each side only) **Kathleen Miller   v.**

_____**Verizon Communications**_____

2.    Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See
      local rule 40.1(a)(1)).                                                **05 - 30117 - KPN**

- [ ]  I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

- [x]  II.     195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

- [ ]  III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

- [ ]  IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

- [ ]  V.      150, 152, 153.

3.    Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in
      this district please indicate the title and number of the first filed case in this court.

      _____

4.    Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                          YES [ ]    NO [x]

5.    Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See
      28 USC §2403)

                                                          YES [ ]    NO [x]

      If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                          YES [ ]    NO [ ]

6.    Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                          YES [ ]    NO [x]

7.    Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of
      Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule
      40.1(d)).

                                                          YES [x]    NO [ ]

      A.    If yes, in which division do all of the non-governmental parties reside?

            Eastern Division [ ]        Central Division [ ]        Western Division [x]

      B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental
            agencies, residing in Massachusetts reside?

            Eastern Division [ ]        Central Division [ ]        Western Division [ ]

8.    If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If
      yes, submit a separate sheet identifying the motions)

                                                          YES [ ]    NO [x]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME __**Michael O. Shea**_____

ADDRESS __**451 Main Street, Wilbraham, MA 01095**_____

TELEPHONE NO. __**(413) 596-8005**_____

(Coversheetlocal.wpd - 10/17/02)