# United States District Court

_____ DISTRICT OF _____

Kathleen Miller

v.

Verizon Communications, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 - 30117 - KPN

TO: (Name and address of defendant)

Verizon Communications, Inc. care of CT Corporation
Systems, 101 Federal Street, Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael O. Shea, Esq.
451 Main Street
Wilbraham, MA 01095

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

_____
CLERK

DATE  5/24/05

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
　　　　　　　　　　Date                                    Signature of Server

_____
Address of Server

---

July 6, 2005

I hereby certify and return that on 7/1/2005 at 11:30AM I served a true and attested copy of the Summons, Complaint and Cover Sheet, and Notification in this action in the following manner: To wit, by delivering in hand to I.Conceptcor,Process Clerk,agent at the time of service for Verizon Communications, Inc., at , C/O CT Corporation Systems,  101 Federal Street Boston, MA. U.S.. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter    Deputy Sheriff

Deputy Sheriff

Suffolk, ss.

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999