UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
KATHLEEN MILLER,                            )
                                            )
       Plaintiff,                           )
                                            )
v.                                          )   Civil Action No. 05-30117-KPN
                                            )
VERIZON COMMUNICATIONS, INC.,               )
                                            )
       Defendant.                           )
_____)

### NOTICE OF APPEARANCE

    Please enter the appearance of Timothy P. Van Dyck and Windy L. Rosebush of Edwards & Angell, LLP as counsel for Defendant, Verizon Communications, Inc., in the above-referenced proceeding.

                      VERIZON COMMUNICATIONS, INC.,

                      By its attorneys,

                      __/s/ Windy L. Rosebush_____
                      Timothy P. Van Dyck, Esq.,
                      Windy L. Rosebush, Esq.,
                      EDWARDS & ANGELL, LLP
                      101 Federal Street
                      Boston, MA 02110
                      Tel. (617) 439-4444
Date: July 18, 2005           Telecopy (617) 439-4170

### CERTIFICATE OF SERVICE

    I, Windy L. Rosebush, Esq., hereby certify that on July 18, 2005, I served the above document upon Michael O. Shea, Esq., 451 Main Street, Wilbraham, MA 01095 by filing the same electronically and by first class mail.

                      __/s/ Windy L. Rosebush_____