UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
KATHLEEN MILLER,                            )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )        Civil Action No. 05-30117-KPN
                                            )
VERIZON COMMUNICATIONS, INC.,               )
                                            )
            Defendant.                      )
_____ )

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
AS TO COUNT V OF THE PLAINTIFF'S COMPLAINT**

Now come the Parties in the above-entitled matter and, pursuant to Fed. R. Civ. P. Rule 41(a), hereby stipulate that Plaintiff's claims pursuant to the Rehabilitation Act of 1973, 29 U.S.C. § 701, et. seq. (Count V of the Complaint) only be dismissed without prejudice, and with each Party bearing her/its own costs and attorneys' fees as to these claims. The Plaintiff may attempt to reinstate this claim if discovery supports reinstating this claim.

Respectfully submitted,                     Respectfully submitted,

The Plaintiff,                              The Defendants,
Kathleen Miller,                            Verizon Communications, Inc.,
By Her Attorney,                            By its Attorney,


_/s/ Michael O. Shea_____       __/s/ Windy L. Rosebush_____
Michael O. Shea, Esquire, BBO# 555474       Windy Rosebush, Esq. BBO# 636962
Law Offices of Michael O. Shea, P.C.        Timothy P. Van Dyck, Esq. BBO# 548347
451 Main Street                             Edwards and Angell, LLP
Wilbraham, MA  01095                        101 Federal Street Boston, MA  02110
Tel: (413) 596-8005                         Boston, MA 02110
Fax: (413) 596-8095                         Tel: (617) 439-4444
                                            Fax: (617) 439-4170

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

 I, Windy L. Rosebush, Esq., hereby certify that on July 21, 2005, I served the above document upon Michael O. Shea, Esq., 451 Main Street, Wilbraham, MA 01095 by filing the same electronically.

               \_\_/s/ Windy L. Rosebush_____