UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-30117-KPN |

### LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Windy L. Rosebush, as counsel for the Defendant Verizon Communications, Inc., hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client regarding:

a) a budget for the costs of conducting the litigation and any alternative courses to the litigation; and

b) the alternative dispute resolution programs available to the parties pursuant to Local Rule 16.4.

_Lisa Barkdale w/auth_  
Verizon Communications Inc.   _WLR_
Assistant General Counsel

/s/ Windy L. Rosebush
Windy L. Rosebush (BBO # 636962)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-439-4444

Date: September 16, 2005

### CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that on this 16th day of September 2005, I caused a copy of the foregoing document to be served on counsel for the Plaintiff by filing the same electronically.

/s/ Windy L. Rosebush