UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KATHLEEN MILLER,
                Plaintiff

v.                                  Civil Action No.: 05-30117-KPN

VERIZON COMMUNICATIONS, INC.,
                Defendant

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Plaintiff, Kathleen Miller, and her Counsel certify that they have conferred with a view toward establishing a budget for the costs of conducting the full course of the above-captioned litigation through trial, and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the instant litigation through an ADR program.

Respectfully submitted,

_____
MICHAEL O. SHEA, ESQ.
BBO No. 555474
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Date: September 23, 2005

_____
Kathleen Miller

## Certificate of Service

I, Michael O. Shea, hereby certify that on this 23rd day of September, 2005, I served the foregoing document by mailing a copy of the same to Counsel of Record for the Defendant.

Michael O. Shea