UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KATHLEEN MILLER,
                Plaintiff

v.                                    Civil Action No.: 05-30117-KPN

VERIZON COMMUNICATIONS, INC.
                Defendant

## NOTICE OF APPEARANCE OF ANNE S. DIEBOLD AS CO-COUNSEL FOR THE PLAINTIFF, KATHLEEN MILLER

NOW COMES Anne S. Diebold and respectfully requests that the court enter her appearance as co-counsel for the Plaintiff, Kathleen Miller, in the above-entitled matter.

Respectfully submitted,

The Plaintiff
KATHLEEN MILLER
By Her Attorneys

*(signature)*
ANNE S. DIEBOLD
BBO No. 657626
MICHAEL O. SHEA
BBO No. 555474
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Date: October 5, 2005

## Certificate of Service

    I hereby certify that a true copy of the foregoing document was served to Counsel of Record for the Defendant this 5th day of October, 2005 by electronic filing with the Court, pursuant to Fed. R. Civ. P. 5(2)(D) and also by in-hand service.

                                              Anne S. Diebold