AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

Kathleen Miller

v.

Verizon Communications, Inc.

**APPEARANCE**

Case Number: 05-30117-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VERIZON COMMUNICATIONS, INC.

October 6, 2005
_____
Date

Signature: _____

Print Name: Timothy P. Van Dyck

Address: Edwards & Angell, LLP
101 Federal St.

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617-951-2254