UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATHLEEN MILLER,           )
       Plaintiff           )
                  )
                  )
v.           )           Civil Action No.  05-30117-KPN
                  )
                  )
VERIZON COMMUNICATIONS,           )
       Defendant           )

SCHEDULING ORDER
October 5, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. All non-expert discovery shall be completed by January 30, 2006.

2. Counsel shall appear for a case management conference on February 2, 2006, at 11:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge