FILED
IN CLERK'S OFFICE

2005 OCT 27 A 9: 36

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COU.
DISTRICT OF MASS.

| | |
|---|---|
| KATHLEEN MILLER, Plaintiff<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.<br>Defendant | Civil Action No.: 05-30117-KPN |

### NOTICE OF APPEARANCE OF ANNE S. DIEBOLD AS CO-COUNSEL FOR THE PLAINTIFF, KATHLEEN MILLER

NOW COMES Anne S. Diebold and respectfully requests that the court enter her appearance as co-counsel for the Plaintiff, Kathleen Miller, in the above-entitled matter.

Respectfully submitted,

The Plaintiff
KATHLEEN MILLER
By Her Attorneys

_____
ANNE S. DIEBOLD
BBO No. 657626
MICHAEL O. SHEA
BBO No. 555474
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Date: October 26, 2005

Certificate of Service

I hereby certify that a true copy of the foregoing document was served to Counsel of Record for the Defendant this 26th day of October, 2005 by first-class mail, postage prepaid.

_____
Anne S. Diebold