UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATHLEEN MILLER,            )
       Plaintiff      )
                     )
v.                          )    Civil Action No. 05-30117-KPN
                     )
                     )
                     )
VERIZON COMMUNICATIONS,     )
       Defendant      )

REVISED SCHEDULING ORDER
December 20, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Extend Deadlines (Document No. 15) and revises the schedule as follows:

1. All non-expert discovery shall be completed by March 31, 2006.

2. Counsel shall appear for a case management conference on April 14, 2006, at 10:30 a.m. in Courtroom Three. The February 2, 2006 conference is cancelled.

There shall be no further extensions.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge