UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KATHLEEN MILLER,  )
  )
      Plaintiff,  )
  )
v.  )  Civil Action No. 05-30117-KPN
  )
VERIZON COMMUNICATIONS, INC.,  )
  )
      Defendant.  )

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that Timothy P. Van Dyck and Windy L. Rosebush, counsel to Defendant Verizon Communications, Inc. have changed their firm name and address. Please cause all notices, pleadings and correspondence in this matter to be sent to the address below:

> Timothy P. Van Dyck, Esquire
> Windy L. Rosebush, Esquire
> EDWARDS ANGELL PALMER & DODGE LLP
> 111 Huntington Avenue
> Boston, Massachusetts 02199-7613
> Telephone: (617) 239-0100
> Facsimile: (617) 227-4420

VERIZON COMMUNICATIONS, INC.

By its attorneys,

/s/ Windy L. Rosebush
Timothy P. Van Dyck (BBO #548347)
Windy L. Rosebush (BBO #636962)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

- 2 -

## CERTIFICATE OF SERVICE

    I, Windy L. Rosebush, hereby certify that a true copy of the foregoing Notice of Change of Firm Name and Address was served upon counsel of record by filing the same electronically on January 30, 2006. A courtesy copy of the above document was also served upon counsel of record, Michael O. Shea, Esq., 451 Main Street, Wilbraham, MA 01095, by first class mail, postage prepaid.

                                                  /s/ Windy L. Rosebush
                                                  Windy L. Rosebush

BOS_521286_1/WROSEBUSH