UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30117-KPN

KATHLEEN MILLER,
               Plaintiff

v.

VERIZON COMMUNICATIONS, INC.,
               Defendant

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES

NOW COMES the Plaintiff in the above-entitled action and moves this court to compel the production of documents and answers to interrogatories pursuant to Fed. R. Civ. P. 37 and Rule 37.1 of the Local Rules. As reasons therefor, the Plaintiff submits that such discovery is essential to the litigation of her claims, and that the Plaintiff's Counsel contacted Defendant's Counsel to try and resolve the discovery disputes and schedule a conference pursuant to Local Rule 7.1(A)(2) and Local Rule 37.1, however, Defendant's Counsel did not respond to Plaintiff's Counsel's request prior to the seven-day period set forth in Local Rule 37.1(A). Filed herewith is the *Plaintiff's Memorandum in Support of Plaintiff's Motion to Compel Production of Documents and Answers to Interrogatories*.

WHEREFORE, the Plaintiff, Kathleen Miller, respectfully requests that the court grant her motion to compel and award her reasonable attorney's fees in connection with the Motion.

Respectfully submitted,

The Plaintiff
KATHLEEN MILLER
By Her Attorneys

/s/ Michael O. Shea                              Dated: March 10, 2006
MICHAEL O. SHEA, ESQ.
BBO No.: 555474
ANNE S. DIEBOLD, ESQ.
BBO No.: 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone: (413)596-8005
Facsimile: (413)596-8095

<u>Local Rule 7.1(A)(2) and Local Rule 37.1 Certification</u>

      Pursuant to Local Rule 7.1(A)(2) and Local Rule 37.1(B)(1), I hereby certify that opposing counsel has failed to respond to my attempt to resolve outstanding discovery issues within the seven-day period set forth in Local Rule 37.1(A).

      /s/ Michael O. Shea
      Michael O. Shea

<u>REQUEST FOR ORAL ARGUMENT</u>

      I believe that oral argument will assist the court in reaching a decision with regard to the foregoing Motion and hereby request oral argument pursuant to Local Rule 7.1(D).

      /s/ Michael O. Shea
      Michael O. Shea

<u>Certificate of Service</u>

      I, Anne S. Diebold, hereby certify that on this 10th day of March, 2006, the foregoing document was filed through the ECF system and will be sent electronically to the registered Counsel for the Defendant as identified on the Notice of Electronic Filing (NEF),

      /s/ Anne S. Diebold
      Anne S. Diebold