UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATHLEEN MILLER,                )
       Plaintiff        )
                                )
v.                              )    Civil Action No.  05-30117-KPN
                                )
                                )
VERIZON COMMUNICATIONS, INC.,   )
       Defendant      )

FURTHER SCHEDULING ORDER
April 17, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference on April 14, 2006:

1. Defendant shall file its motion for summary judgment by May 19, 2006. .

2. Plaintiff shall file her opposition to Defendant's motion by June 16, 2006.

IT IS SO ORDERED.

   /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge