UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN MILLER,<br>  Plaintiff<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.<br>  Defendant | Civil Action No.: 05-30117-KPN |

## ASSENTED-TO MOTION TO WITHDRAW ANNE S. DIEBOLD AS CO-COUNSEL FOR THE PLAINTIFF, KATHLEEN MILLER

NOW COMES Anne S. Diebold and hereby moves to withdraw as co-counsel for the Plaintiff, Kathleen Miller, in the above-entitled matter. As reason therefor, Attorney Diebold is leaving the employ of the Law Office of Michael O. Shea, P.C., as of Friday, April 28, 2006. This Motion is brought for good cause and is not intended to delay.

Respectfully submitted,

The Plaintiff
KATHLEEN MILLER
By Her Attorneys

_/s/ Anne S. Diebold_
ANNE S. DIEBOLD
BBO No. 657626
MICHAEL O. SHEA
BBO No. 555474
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Date: April 26, 2006

Local Rule 7.1(A)(2) Certification

I hereby certify that I have conferred with Counsel of Record for the Defendant regarding the within Motion and that Defendant's Counsel assents to the filing of the within Motion.

Anne S. Diebold

Certificate of Service

I hereby certify that a true copy of the foregoing document was served to Counsel of Record for the Defendant this 26th day of April by electronic filing through the ECF system.

Anne S. Diebold