UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
KATHLEEN MILLER,                            )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )   Civil Action No. 05-30117-KPN
                                            )
VERIZON COMMUNICATIONS INC.,                )
                                            )
            Defendant.                      )
_____)

## DEFENDANT'S NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the below-listed Exhibits to Defendant's Statement of Undisputed Facts have been manually filed with the Court and are available in paper form only:

| | |
|---|---|
| A | Miller Deposition Excerpts |
| B | Raposa Affidavit |
| C | Raposa Deposition Excerpts |
| D | Wood Deposition Excerpts |
| E | McGovern Deposition Excerpts |
| F | Job Brief |
| G | Excerpts From Attendance Guidelines |
| H | Plaintiff's Answers to Defendant's First Set of Interrogatories |
| I | Summary of Plaintiff's Attendance Records |
| J | Summary of Plaintiff's Attendance Records and Disciplinary History |
| K | Documentation Concerning Plaintiff's Disciplinary History |
| L | Plaintiff's 2001 Form 1477 |
| M | FMLA Denial Notice |
| N | Plaintiff's 2002 Form 1477 |
| O | Plaintiff's 2003 Form 1477 |
| P | Plaintiff's Termination Letter |
| Q | Magner Affidavit |
| R | August 2001 Grievance Fact Sheet |
| S | September 2001 Grievance Fact Sheet |
| T | Excerpts From Collective Bargaining Agreement |
| U | Excerpts From Code of Business Conduct |

The original documents are maintained in the case file in the Clerk's Office.

- 2 -

        VERIZON COMMUNICATIONS, INC.,
        By its attorneys,


        /s/ Timothy P. Van Dyck
        Timothy P. Van Dyck (BBO #548347)
        Windy L. Rosebush (BBO #636962)
        EDWARDS ANGELL PALMER & DODGE LLP
        111 Huntington Avenue
        Boston, MA 02199
        (617) 239-0100
        (617) 227-4420 (fax)


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 25, 2006, and that there are no non-registered participants.

        /s/ Timothy P. Van Dyck
        Timothy P. Van Dyck (BBO #548347)