UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN MILLER,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>Defendant. | Civil Action No. 05-30117-KPN |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as co-counsel for Defendant Verizon Communications Inc, along with Timothy P. Van Dyck and Windy L. Rosebush.

/s/ Brian H. Lamkin
Brian H. Lamkin (BBO No. 635688)
EDWARDS ANGELL PALMER &
 DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 25, 2006. There are no non-registered participants.

/s/ Brian H. Lamkin
Brian H. Lamkin (BBO No. 635688)