UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHLEEN MILLER,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>Defendant. | Civil Action No. 05-30117-KPN |

## WITHDRAWAL OF APPEARANCE OF BRIAN H. LAMKIN

Please withdraw the appearance of Brian H. Lamkin as counsel for Defendant. Timothy P. Van Dyck, Windy Rosebush Catino and Edwards Angell Palmer & Dodge LLP will continue to serve as counsel for Defendant.

/s/ Brian H. Lamkin
Brian H. Lamkin BBO# 635688
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Tel. 617-239-0100
Telecopy 617-227-4420

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 4, 2007, and that there are no non-registered participants.

/s/ Brian H. Lamkin
Brian H. Lamkin (BBO No. 635688)