**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KATHLEEN MILLER,
        Plaintiff

V.                                     CIVIL ACTION NO. 05-30117-KPN

VERIZON COMMUNICATIONS, INC.,
        Defendant

**SETTLEMENT ORDER OF DISMISSAL**

<u>NEIMAN, C.M.J.</u>:

The Court having been advised on <u>March 20, 2007</u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if settlement is not consummated.

                                                                   By the Court,

<u>March 20, 2007</u>                          <u>/s/ Mary Finn</u>
Date                                            Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                            [stlmtodism.]