UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
KATHLEEN MILLER,                            )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )      Civil Action No. 05-30117-KPN
                                            )
VERIZON COMMUNICATIONS, INC.,               )
                                            )
            Defendant.                      )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Parties in the above-entitled matter and, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(II), hereby stipulate that Plaintiff's claims are hereby dismissed with prejudice, and with each Party bearing her/its own costs and attorneys' fees as to these claims.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| The Plaintiff,<br>Kathleen Miller,<br>By Her Attorney, | The Defendants,<br>Verizon Communications Inc.,<br>By its Attorney, |
| _/s/ Michael O. Shea_____<br>Michael O. Shea, Esquire, BBO# 555474<br>Law Offices of Michael O. Shea, P.C.<br>451 Main Street<br>Wilbraham, MA  01095<br>Tel: (413) 596-8005<br>Fax: (413) 596-8095 | __/s/ Windy Rosebush Catino_____<br>Timothy P. Van Dyck, Esq. BBO# 548347<br>Windy Rosebush, Esq. BBO# 636962<br>Edwards Angell Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Tel: (617) 239-0100<br>Fax: (617) 227-4420 |

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be served electronically upon the registered participants as identified on the Notice of Electronic Filing (NEF) on April 3, 2007, and that there are no non-registered participants.

      /s/ Windy Rosebush Catino
      Windy Rosebush Catino (BBO #636962)